**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

ATHENA LUNDBERG, BROOKE MARRIN
a/k/a BROOKE BANX, CORA SKINNER,
DENISE MILANI a/k/a DENISE TRLICA,
HILLARY FISHER VINSON a/k/a HILLARY
HEPNER, IRINA VORONINA, KIMBERLY
COZZENS, JAIME EDMONDSON-
LONGORIA, JENNIFER ARCHULETA,
JESSICA BURCIAGA, JESSICA
ROCKWELL, MALU LUND, a/k/a MASHA
LUND, LUCY PINDER, PAOLA CANAS,
SARA UNDERWOOD and TIFFANY TOTH
GRAY,

        Plaintiffs,

     - against -

ONE THREE FIVE, INC. and ALBERT
BORTZ,

        Defendants.

Case No. 19-cv-692-CRE

**NOTICE OF MOTION FOR DEFAULT**

    **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of John V.

Golaszewski, Esq., counsel for plaintiffs ATHENA LUNDBERG, BROOKE MARRIN a/k/a

BROOKE BANX, CORA SKINNER, DENISE MILANI a/k/a DENISE TRLICA, HILLARY

FISHER VINSON a/k/a HILLARY HEPNER, IRINA VORONINA, KIMBERLY COZZENS,

JAIME EDMONDSON-LONGORIA, JENNIFER ARCHULETA, JESSICA BURCIAGA,

JESSICA ROCKWELL, MALU LUND, a/k/a MASHA LUND, LUCY PINDER, PAOLA

CANAS, SARA UNDERWOOD and TIFFANY TOTH GRAY (collectively, "Plaintiffs"), the

Certificate from the Clerk of Court stating that no answer has been filed and noting the default of

defendant ONE THREE FIVE, INC., the declaration of Plaintiffs' expert, Stephen Chamberlin,

which sets forth the damages claimed in this action, the Proposed Default Judgment, and upon all

other papers and proceedings hitherto had herein, Plaintiffs will move this Court, Honorable

Cynthia Reed Eddy, at the United States District Court for the Western District of New York

located at the Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219, as

soon as counsel may be heard, for a default judgment against defendant ONE THREE FIVE,

INC., pursuant to Rule 55 of the Federal Rules of Civil Procedure, and for such other and further

relief as the Court deems just and proper.

Dated:  New York, New York
       February 7, 2020

                              **THE CASAS LAW FIRM, P.C.**

                              By: /s/ John V. Golaszewski
                                  John V. Golaszewski, Esq.
                                  1750 Broadway, 15th Floor
                                  New York, New York
                                  T: 646.872.3178
                                  F: 855.220.9626

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of February, 2020, the foregoing was electronically filed with the U.S. District Court Clerk, Western District of Pennsylvania, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>/s/ John V. Golaszewski</u>

John V. Golaszewski, Esq.
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@casaslawfirm.com
*Attorneys for Plaintiffs*