# Blush- PA21

Case details generated 02/07/2020

## Un-Invoiced Balances

Un-Invoiced
**$5,297.80**

Add Invoice

| Time Entries | $4,734.00 | View Time Entries |
|---|---|---|
| Expenses | $563.80 | View Expenses |

## Case Billing Totals

| | |
|---|---:|
| Total Amount Collected | $0.00 |
| Invoices Awaiting Payment | $0.00 |
| **Total Invoiced Amount** | **$0.00** |

## Running Trust Balance

| | |
|---|---:|
| Available Trust Balance | $0.00 |
| Un-Invoiced Balance | -$5,297.80 |
| Running Trust Balance | **-$5,297.80** |

## Running Credit Balance

| | |
|---|---:|
| Available Credit Balance | $0.00 |
| Un-Invoiced Balance | -$5,297.80 |
| Running Credit Balance | **-$5,297.80** |

# Blush- PA21

Case details generated 02/07/2020

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Feb 4, 2020 | Pro Hac Vice Fee | 1.0 | $70.00 | Pro Hac Vice Fee for Mr. Golaszewski | $70.00 | Open | Joseph N Casas |
| Oct 28, 2019 | AP Invoice Paid | 1.0 | $77.15 | HT Unlimited Limited LJK Law PLLC Invoice# 2135 | $77.15 | Open | Joseph N Casas |
| Jul 3, 2019 | AP Invoice Paid | 1.0 | $16.65 | LJK Law (Louis Kroeck) Postage | $16.65 | Open | Joseph N Casas |
| Jul 3, 2019 | AP Invoice Paid | 1.0 | $400.00 | LJK Law (Louis Kroeck) Filing Fee Application Name: PAWD CM ECF | $400.00 | Open | Joseph N Casas |

# Blush- PA21

Case details generated 02/07/2020

Date Range: All time ▾

Add Time Entry

Text Size

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Feb 7, 2020 | Communication with attorney | 0.1 | ███████████████ | $45.00/hr | $4.50 | Open | Ashley Martinez |
| Feb 6, 2020 | Draft/Revise | 3.2 | █████████████████████████████ | $600.00/hr | $1,920.00 | Open | John V. Golaszewski |
| Dec 5, 2019 | Draft/Revise | 0.4 | ████████████████ | $600.00/hr | $240.00 | Open | John V. Golaszewski |
| Dec 5, 2019 | Draft/Revise | 0.7 | █████ | $45.00/hr | $31.50 | Open | Ashley Martinez |
| May 24, 2019 | Draft/Revise | 2.5 | ██████████████████████████ | $600.00/hr | $1,500.00 | Open | John V. Golaszewski |
| May 23, 2019 | Draft/Revise | 0.7 | █████████████████ | $45.00/hr | $31.50 | Open | Ashley Martinez |
| May 23, 2019 | Case Admin | 0.7 | ████████████████ | $45.00/hr | $31.50 | Open | Ashley Martinez |
| May 20, 2019 | Draft/Revise | 2.5 | ████████ | $45.00/hr | $112.50 | Open | Ashley Martinez |
| May 13, 2019 | Case Admin | 0.5 | ████████████████████████████ | $45.00/hr | $22.50 | Open | Ashley Martinez |
| May 13, 2019 | Draft/Revise | 8.0 | ████ | $45.00/hr | $360.00 | Open | Ashley Martinez |
| May 10, 2019 | Conference Call | 0.8 | ██████████████████████ | $600.00/hr | $480.00 | Open | John V. Golaszewski |