# IMAGE EXPERT WITNESS

## INVOICE

**Stephen Chamberlin**
**ImageExpertWitness.com**
**1861 NW South River Drive**
**U1207 Miami Fl. 33125**

**Date:** 02/07/2020
**Attention: Mr. Joseph Casas**
Title; Partner
Company Name: Casas Law Firm
402 W Broadway #400, San Diego, CA 92101

**Project title:** Lundberg et al v ONE THREE FIVE, INC. and ALBERT BORTZ, d/b/a BLUSH GENTLEMEN'S CLUB AND SPORTS BAR PITTSBURGH PA
  **Case #:** 19-cv-692-CRE
**P.O. Number:**
**Invoice Number:** 0207-20

| DESCRIPTION | TIME | HOURLY FEE | COST |
|---|---|---|---|
| Preliminary Report  09/16/17 13 plaintiffs | 8 | $ 400.00 | $ 2,400.00 |
| Consultation | 1 | $ 400.00 | $ 400.00 |
| Report research communication and review. | 6 | $ 400.00 | $ 2,400.00 |
| Layout, write proof and deliver 16 plaintiffs | 9 | $ 400.00 | $ 3,600.00 |
| | | TOTAL | $ 8,800.00 |

**Total Due: $8,800.00    Payment made be made by direct deposit:**

**BANK: CHASE**

**ACCOUNT NAME: Stephen Chamberlin**

Account Number: ▮▮▮▮▮▮
Routing Number: ▮▮▮▮▮▮
Tax ID: ▮▮▮▮▮

 Sincerely yours,

*[signature]*

Stephen Chamberlin