IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| ATHENA LUNDBERG, BROOKE MARRIN, CORA SKINNER, DENISE MILANI, HILLARY FISHER VINSON, IRINA VORONINA, KIMBERLY COZZENS, JAIME EDMONDSON-LONGORIA, JENNIFER ARCHULETA, JESSICA BURCIAGA, JESSICA ROCKWELL, MALU LUND, LUCY PINDER, PAOLA CANAS, SARA UNDERWOOD, TIFFANY TOTH GRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE THREE FIVE, INC., ALBERT BORTZ,<br><br>Defendants, | 2:19-CV-00692-CRE |

## ORDER

AND NOW, this 18th day of February, 2020, the Plaintiffs having filed a request for default judgment against Defendant (ECF No. 16),

IT IS HEREBY ORDERED that a default judgment hearing is scheduled for **April 7, 2020 from 1:30pm to 2:30pm** in Courtroom 10A, 10th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order upon Defendant One Three Five, Inc. and shall file a Certificate of Service with the Clerk of Court on or before **March 24, 2020**.

BY THE COURT:
s/Cynthia Reed Eddy
Chief United States Magistrate Judge