IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATHENA LUNDBERG, BROOKE MARRIN, CORA SKINNER, DENISE MILANI, HILLARY FISHER VINSON, IRINA VORONINA, KIMBERLY COZZENS, JAIME EDMONDSONLONGORIA, JENNIFER ARCHULETA, JESSICA BURCIAGA, JESSICA ROCKWELL, MALU LUND, LUCY PINDER, PAOLA CANAS, SARA UNDERWOOD, TIFFANY TOTH GRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE THREE FIVE, INC., and ALBERT BORTZ,<br><br>Defendants. | Civil Action No. 19-692 |

# **O R D E R**

AND NOW, this 22nd day of July, 2020, after the Plaintiffs filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until July 20, 2020, to file written objections thereto, no objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation [23], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment [16] is GRANTED as follows:

1. Plaintiffs have proven by a preponderance of the evidence that Defendants are liable to them pursuant to section 43 of the Lanham Act, 15 U.S.C. § 1125(a)(1). The Court finds

that Plaintiffs are entitled to an amount of $610,000.00 in damages;

    2. Plaintiffs shall be awarded costs and expenses of $14,097.80 plus interest; and

    3. Defendants are permanently enjoined from using any images of Plaintiffs in their advertising, including without limitation those images annexed to the Complaint.

The Clerk shall hereby enter judgment on behalf of Plaintiffs in the principal sum of $610,000, plus Plaintiffs' costs and fees, which total $14,097.80 and interest thereon according to law from the date of this judgment until the entire amount is paid.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                                      s/Robert J. Colville
                                                      United States District Judge

cc:    Honorable Cynthia Reed Eddy
        Chief United States Magistrate Judge

        All Counsel of Record by electronic filing